## Sam JACKSON v. STATE.

### No. 16110.

Court of Criminal Appeals of Texas.

Nov. 15, 1933.

Rehearing Denied Dec. 20, 1933.

Walter Greig, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for burglary; penalty assessed at confinement in the penitentiary for two years.

The indictment is regular and regularly presented. The evidence which was before the trial court is not brought up for review. The criticism of the charge of the court cannot be appraised in the absence of a statement of facts.

Nothing appears in the motion for new trial which would warrant a reversal or require discussion.

The judgment is affirmed.

## Newt MILLER v. STATE.

### No. 16401.

Court of Criminal Appeals of Texas.

Dec. 13, 1933.

J. F. Cunningham, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is murder; the punishment assessed at confinement in the state penitentiary for a term of fifty years.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## William REED, Jr., v. STATE.

### No. 16330.

Court of Criminal Appeals of Texas.

Dec. 13, 1933.

M. E. Gates, of Huntsville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is possessing intoxicating liquor for the purpose of sale; the punishment assessed at confinement in the state penitentiary for a term of one year.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## B. C. RUSSELL v. STATE.

### No. 16338.

Court of Criminal Appeals of Texas.

Nov. 8, 1933.

Rehearing Denied Dec. 20, 1933.

Morison & McConnell, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for arson; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exception. The indictment, the charge of the court, the judgment, and sentence appear regular.

No error appearing, the judgment will be affirmed.